IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUDOLF SERRANO,

    Plaintiff,

v.                                                                  CIV. NO. 09-1143 GBW-LFG

MAYOR MARTIN CHAVEZ, and
LOUI SANCHES,

    Defendants.

## ORDER

THIS MATTER is before the Court for a *sua sponte* screening review under 28 U.S.C.A. § 1915(e)(2)(B). *See Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005); *see also In Re Prisoner Litigation Reform Act*, 105 F.3d 1131, 1134 (6th Cir. 1997). Plaintiff, the only party presently before the Court, has consented to the undersigned conducting all proceedings in this case. *Doc. 3.* The Court finds that, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3), this 1915(e)(2)(B) review should be referred to the Honorable Lorenzo F. Garcia, United States Magistrate Judge, to perform any legal analysis required to recommend to the Court a disposition of this review. Judge Garcia shall submit an analysis and recommended disposition to the undersigned with copies provided to plaintiff. The plaintiff shall be given the opportunity to object to the analysis and proposed disposition, as described in 636(b)(1)(C). Objections shall be filed within fourteen (14) days

of entry of the proposed disposition. Pursuant to the initial assignment, Judge Garcia retains the authority to rule on other motions as appropriate under 28 U.S.C. §§ 636(b)(1)(A).

IT IS SO ORDERED.

_____
United States Magistrate Judge